IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    **Plaintiff/Movant,**

vs.                                  Civ. No.   07-0020 BB/LCS
                                          Crim. No. 04-1749 BB

JOSE ANTONIO GUERRERO-CHAVEZ,

    **Defendant/Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed June 18, 2007.  (Doc. 9.)  Neither party has filed objections.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed June 18, 2007 (Doc. 9) are adopted by the Court.

Judge Smith is directed to appoint counsel for Movant and schedule such hearings as may be necessary for the disposition of Movant's petition.

**IT IS SO ORDERED.**

                                                     _____
                                                     **UNITED STATES DISTRICT JUDGE**